1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

6

7

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  2:11-CV-01812-KJM-GGH
                                     )
12            Plaintiff,             )  APPLICATION AND ORDER FOR
                                     )  PUBLICATION
13       v.                          )
                                     )
14  REAL PROPERTY LOCATED AT 13991   )
    DEADMANS FLAT ROAD, GRASS VALLEY,)
15  CALIFORNIA, NEVADA COUNTY,       )
    APN NO: 53-180-28, INCLUDING     )
16  ALL APPURTENANCES AND            )
    IMPROVEMENTS THERETO,            )
17                                   )
              Defendant.             )
18  _____)

19       The United States of America applies for an order of

20  publication as follows:

21       1.  Rule G(4) of the Supplemental Rules for Admiralty or

22  Maritime Claims and Asset Forfeiture Actions (hereafter

23  "Supplemental Rules") provides that the United States shall cause

24  public notice of the action to be given in a newspaper of general

25  circulation or on the official internet government forfeiture

26  site;

27       2.  Local Rule 171, Eastern District of California, provides

28  that the Court shall designate by order the appropriate newspaper

1  or other vehicle for publication;

2     3.   The defendant real property is located in the city of

3  Grass Valley, Nevada County, California;

4     4.   The United States proposes that publication be made as

5  follows:

6          a.   One publication;

7          b.   Thirty (30) consecutive days;

8          c.   On the official internet government forfeiture

9  site www.forfeiture.gov;

10         d.   The publication is to include the following:

11              (1)  The Court and case number of the action;

12              (2)  The date of the seizure/posting;

13              (3)  The identity and/or description of the

14 property seized/posted;

15              (4)  The name and address of the attorney for the

16 United States;

17              (5)  A statement that claims of persons entitled

18 to possession or claiming an interest pursuant to Supplemental

19 Rule G(5) must be filed with the Court and served on the attorney

20 for the United States no later than 60 days after the first day

21 of publication on the official internet government forfeiture

22 site; and

23              (6)  A statement that answers to the Complaint or

24 a motion under Rule 12 of the Federal Rules of Civil Procedure

25 ("Fed. R. Civ. P.") must be filed and served within 21 days after

26 ///

27 ///

28 ///

1  the filing of the claims and, in the absence thereof, default may

2  be entered and condemnation ordered.

3  Dated: 7/8/2011                    BENJAMIN B. WAGNER
                                       United States Attorney

4

5

6                          By:  /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

7

8

9                              **ORDER**

10      IT IS SO ORDERED.

11  Dated:July 15, 2011        /s/ Gregory G. Hollows

12                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28